STATE OF NEW JERSEY v. JOSEPH LA MURA, JR.

November 9, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. HERBERT HUNDT.

November 9, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. REESE FRANKLIN.

November 9, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ORAL PLATTS.

November 9, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JANET RITCHIE.

November 9, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. RUSSELL JACKSON.

November 9, 1976. Petition for certification denied.